**IT IS SO ORDERED**
*James Ware*
Judge James Ware

| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DENISE K. HOLM, | ) | |
| Plaintiff, | ) | CIVIL NO. 05-05273 JW |
| v. | ) | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to Plaintiff's Motion for Summary Judgment because the Civil Division of the United States Attorney's Office is moving to a new floor starting on June 16, 2006. Defendant's response was due on June 16, 2006, pursuant to Civil L.R.16-5. Defendant's response is now due on July 17, 2006.

///

///

///

///

///

This is defendant's first request.

Dated: June 7, 2006                    /s/
                                       JAMES HUNT MILLER
                                       Attorney for Plaintiff


                                       KEVIN V. RYAN
                                       United States Attorney


Dated: June 8, 2006          By:       /s/
                                       SARA WINSLOW
                                       Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: June 19, 2006         _____
                             JAMES WARE
                             United States District Judge

HOLM, EXT.MXSJ (ks)
C 05-05273 JW                          2